## Paul DeLattre, Appellee, v. Hayes Freight Lines, Inc., Appellant.

### Gen. No. 9,541.

opinion filed October 29, 1947; released for publication November 25, 1947. Homer D. McLaren, for appellant; G. William Horsley, for appellee. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full.